

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00548-CR

Leopoldo **CORTEZ-LEIJA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5437
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before February 4, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court